Jack P. Burden, Esq.
Nevada State Bar No. 6918
Xiao Wen Jin, Esq.
Nevada State Bar No. 13901
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
jburden@backuslaw.com
shirleyjin@backuslaw.com
Attorneys for Defendant *Albertson's LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| GIOVANNI BALINGIT and CHARISSA FABIAN, as Statutory Heirs to LADISLAO BALINGIT and Special Co-Administrators for the ESTATE OF LADISLAO BALINGIT,<br><br>Plaintiffs,<br><br>vs.<br><br>ALBERTSON, LLC,<br><br>Defendant. | Case No. 2:20-cv-00446-JAD-VCF<br><br><br><br>ECF No. 16 |

### STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE

Plaintiffs GIOVANNI BALINGIT and CHARISSA FABIAN, as Statutory Heirs to LADISLAO BALINGIT and Special Co-Administrators for the ESTATE OF LADISLAO BALINGIT, by and through their counsel James S. Cogburn, Esq. and Joseph J. Troiano, Esq. of COGBURN LAW, and Defendant ALBERTSON'S LLC, by and through its counsel Jack P. Burden, Esq. of the law firm BACKUS, CARRANZA & BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiffs and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

1

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: August 24, 2020

**BACKUS, CARRANZA & BURDEN**

_____
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, Nevada 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
*Attorneys for Defendant*
*Albertson's LLC*

DATED: August 26, 2020

**COGBURN LAW**

_____
James S. Cogburn, Esq.
Joseph J. Troiano, Esq.
2580 St. Rose Parkway #330
Henderson, NV 89074
T: 702.748.7777 - F: 702.966.3880
jsc@coburncares.com
jjt@cogburncares.com
*Attorneys for Plaintiffs*

### ORDER re 2:20-cv-00446-JAD-VCF

Based on the parties' stipulation [ECF No. 16] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 1, 2020

Respectfully Submitted,
**BACKUS, CARRANZA & BURDEN**

By: _____
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Defendant
*Albertson's LLC*

2